IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**UNITED STATES OF AMERICA**                                  **PLAINTIFF**

v.                               **CIVIL ACTION NO: 3:22-CV-177-MPM-RP**

**ADRIANA PATTON**                                        **DEFENDANT**

## CONSENT JUDGMENT

This consent judgment is entered into between the United States of America, acting through the United States Department of Justice and on behalf of the United States Small Business Administration ("SBA") (collectively the "United States"), and Adriana Patton, Defendant. The parties stipulate and consent to the entry of judgment in favor of the United States of America against Adriana Patton, Defendant, for a violation of the False Claims Act in the sum of $21,300.74 ($18,400.74 loan forgiveness amount, $2,500.00 in loan application processing fees, and a $400.00 filing fee pursuant to 28 U.S.C. § 2412(a)(2)). Post judgment interest shall accrue at the legal rate pursuant to 28 U.S.C. § 1961(a) and shall be computed daily and compounded annually until paid in full, but without costs to either party. Adriana Patton, Defendant, agrees that the sum owed, $21,300.74 plus interest, is due and payable in full immediately.

Provided, however, execution shall not issue upon this judgment so long as Defendant, Adriana Patton, pays to the Department of Justice, through the United States Attorney, 900 Jefferson Avenue, Oxford, Mississippi 38655, an agreed upon minimum monthly payment each and every month until this judgment is satisfied. The amount of this payment shall be subject to review and modification not less than annually. This debt shall also be included in the Treasury Offset Program so that any federal monies owed to

Defendant, Adriana Patton, will be credited to the outstanding debt owed to the United States.

SO ORDERED this the 3rd October day of ~~September~~ 2022.

_____
MICHAEL P. MILLS
UNITED STATES DISTRICT JUDGE

PREPARED BY AND AGREED TO:

CLAY JOYNER
United States Attorney

BY: _____
SAMUEL D. WRIGHT (MSB #101425)
Assistant United States Attorney
900 Jefferson Avenue
Oxford, Mississippi 38655-3608
Ph: (662) 234-3351
Fax: (662) 234-3318
Email: samuel.wright@usdoj.gov
*Attorney for Plaintiff United States of America*

AGREED TO:

_____
ADRIANA PATTON